UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Georgina Kemeh** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 8:17 cv 02676 PX |
| | * | |
| Darcars of Rockville Pike, LLC, et al., | * | |
| | * | |
| **Defendant** | * | |
| | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their attorneys, and pursuant to FRCP 41(a)(1)(A)(ii) hereby stipulate to dismissal of this action with prejudice, with each party to bear its own costs and fees.

*/s/ Jane Santoni*

Jane Santoni
Santoni, Vocci & Ortega, LLC
401 Washington Avenue
Suite 200
Towson, MD  21204
Phone: 443-921-8161
Fax: 410-525-5704
jsantoni@svolaw.com

Daniel Schlanger
Kakalec & Schlanger, LLP
85 Broad Street, 18th floor
New York, NY 1000
(212) 500-6114
dschlanger@kakalec-schlanger.com
*Attorney for Plaintiff Georgina Kemeh*

_____(By Permission____)  _____(By permission____)
Melissa Martinez (Bar No. 28975)    John Paul Lynch
McGuireWoods, LLP                   Clifford Burnett Glover, III
7 Saint Paul Street, Suite 1000     McNamee, Hosea, Jernigan, Kim,
Baltimore, MD 21202-1671            Grennan & Lynch, P.A.
Phone: (410) 659-4432               6411 Ivy Lane, Suite 200
Fax: (410) 659-4482                 Greenbelt, MD 20770
mmartinez@mcguirewoods.com          Phone:(301)-441-2420
                                    Fax: (301) 982-9450
Benjamin J. Sitter (pro hac admission granted)   cglover@mhlawyers.com
Shawna J. English (pro hac admission granted)    jlynch@mhlawyers.com
McGuireWoods, LLP                   *Counsel for Defendant Darcars of Rockville*
Tower Two-Sixty                     *Pike, LLC*
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-6000
Fax: (412) 667-6050
bsitter@mcguirewoods.com
senglish@mcguirewoods.com
*Counsel for Defendant Santander Consumer*
*USA Inc. d/b/a Chrysler Capital*


**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was served via the Court's electronic filing on all counsel and parties of record.

_____
Jane Santoni

2